**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KELSO OUTDOOR ADVERTISING, LLC
and GARY JOHNSON,

        **Plaintiffs,**

-vs-                                                Case No. 6:09-cv-1986-Orl-31DAB

VOLUSIA COUNTY,

        **Defendant.**
_____

## ORDER

This matter comes before the Court *sua sponte* regarding the Petition for Certiorari and Complaint (Doc. 2), which was removed to this Court on November 23, 2009. For the reasons set forth in open court at today's hearing, and with the consent of the parties, the claims comprising the petition for certiorari are hereby **REMANDED** to the Circuit Court of the Seventh Judicial Circuit, in and for Volusia County, Florida. The Court retains jurisdiction over the claims making up the Complaint.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 26, 2010.

                                                              GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE