# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KELSO OUTDOOR ADVERTISING, LLC**
**and GARY JOHNSON,**

        **Plaintiffs,**

-vs-                                                              **Case No. 6:09-cv-1986-Orl-31DAB**

**VOLUSIA COUNTY,**

        **Defendant.**

_____

## ORDER

This matter comes before the Court *sua sponte*. In the case of *Grace v. Town of Palm Beach*, 656 So. 2d 945 (Fla. 4th DCA 1995), a town commission, in a quasi-judicial proceeding, granted a special exception to change the use of a parcel of real estate. Neighboring property owners sought to challenge the action by filing a declaratory judgment suit in circuit court. *Id.* The trial court dismissed the suit on the grounds that it lacked subject matter jurisdiction, and the appellate court affirmed the dismissal. *Id.* The appellate court held that because the hearing at issue had been quasi-judicial, the neighbors' sole remedy was a petition for certiorari. *Id.* at 946.

In the instant case, the Plaintiffs admit the decision of the County Council that they seek to challenge was made in a quasi-judicial capacity. (Doc. 2 at 13). The first four counts of the Complaint seek declaratory and injunctive relief in regard to that decision. Based on the *Grace* case, it appears that the Plaintiffs' sole avenue for challenging that decision was by way of a

petition for certiorari, and consequently this Court lacks subject matter jurisdiction over the claims set forth in the first four counts of the Complaint. Accordingly, it is hereby

**ORDERED** that, on or before February 10, 2010, the Plaintiffs shall file a brief of ten pages or less either agreeing with the preceding analysis or explaining how this Court possesses subject matter jurisdiction over the first four counts of the Complaint. The Defendant may file a brief in the same time frame supporting either position, but is not required to do so.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 27, 2010.

*[Signature]*
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party